# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **FIRSTBANK PUERTO RICO,** ) | |
| ) | |
| Plaintiff, ) | CASE NO. ST-24-CV-_____ |
| v. ) | |
| ) | ACTION FOR DEBT |
| **JOYCE T. STANLEY a/k/a JOY T. STANLEY,** ) | AND FOECLOSURE |
| **GERMAINE A. SPRAUVE, and GOVERNMENT** ) | OF MORTGAGE |
| **OF THE VIRGIN ISLANDS BUREAU OF** ) | |
| **INTERNAL REVENUE,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## COMPLAINT

**COMES NOW**, Plaintiff, FirstBank Puerto Rico ("FirstBank"), through its attorneys, Dudley Newman Feuerzeig LLP, and for its Complaint against Defendants, Joyce T. Stanley a/k/a Joy T. Stanley, Germaine A. Sprauve, and Government of the Virgin Islands Bureau of Internal Revenue alleges as follows.

## JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) and 48 U.S.C. § 1612(a) due to the complete diversity of citizenship of the parties and the fact that the amount in controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).

2. The Court has personal jurisdiction over Defendants, Joyce T. Stanley a/k/a Joy T. Stanley, pursuant to 5 V.I.C. § 4903(a)(5) because she has an interest in, use of, and/or possesses real property in St. Thomas, U.S. Virgin Islands.

3. Venue is proper in this division as the real property at issue is located in St. Thomas, U.S. Virgin Islands.

## PARTIES

4. FirstBank is a banking institution organized under the laws of the Commonwealth of Puerto Rico with its principal place of business in the Commonwealth of Puerto Rico and is a citizen

*FirstBank Puerto Rico v. Joyce T. Stanley a/k/a Joy T. Stanley, et al.*
Case No. ____-CV-____
Complaint
Page 2 of 6

of the Commonwealth of Puerto Rico for purposes of diversity jurisdiction.

5. Defendant, Joyce T. Stanley a/k/a Joy T. Stanley ("Stanley") is, upon information and belief, a citizen of the U.S. Virgin Islands, with her principal place of residence in St. Thomas, U.S. Virgin Islands.

6. Defendant, Germaine A. Sprauve ("Sprauve"), is named pursuant to the requirements of 28 V.I.C. § 532 because he has the following junior lien claims against the property at issue and Stanley. Specifically, Sprauve recorded a Default Judgment, Case No. ST-15-CV-474, dated January 29, 2018, with the Recorder of Deeds for the District of St. Thomas and St. John ("Recorder") on April 30, 2019, as Document No. 2019002805.

7. Government of the Virgin Islands Bureau of Internal Revenue ("VIBIR") is named as defendant pursuant to 28 V.I.C. § 532 because it has the following lien claims against Joy T. Stanley:

   a. VIBIR filed a Notice of Virgin Islands Tax Lien dated September 30, 2019, against Joy T. Stanley for 720B Taxes in the amount of $2,658.02 The Notice of Tax Lien was recorded on October 16, 2019, as Document No. 2019007202;

   b. VIBIR filed a Notice of Virgin Islands Tax Lien dated April 20, 2020, against Joy T. Stanley for 1040 Income Tax in the amount of $18,189.98, which was recorded on April 30, 2020, as Document No. 2020002067.

## **FACTS**

8. Stanley owns real property more particularly described as follows:

   **Parcel No. 9-3 Nazareth**
   **No. 1 Red Hook Quarter**
   **St. Thomas, U.S. Virgin Islands**
   **As shown of PWD No. D9-338-T62 ("Property").**

A true and correct copy of the July 11, 2003 Warranty Deed is attached as **Exhibit 1**.

*FirstBank Puerto Rico v. Joyce T. Stanley a/k/a Joy T. Stanley, et al.*
Case No. ____-CV-____
Complaint
Page 3 of 6

9. On June 2, 2008, Stanley, executed and delivered to FirstBank a note in which she promised to pay the principal amount of Four Hundred Thousand Dollars ($400,000.00), plus interest at the rate of 6.3750% per annum, in consecutive monthly installments commencing on September 1, 2008 ("Note"). A true and correct copy of the Note is attached as **Exhibit 2**.

10. As security for the repayment of the Note, on June 2, 2008, Stanley, executed a first priority mortgage and 1-4 Family Rider (Assignment of Rents) providing FirstBank with a security interest in the Property and all personal property, rents and revenues described therein (collectively, "Mortgage"). The mortgage and Assignment of Rents were recorded on June 6, 2008, as Document No. 2008005914. A true and correct copy of the Mortgage is attached as **Exhibit 3**.

11. On March 28, 2012, Stanley, executed and delivered to FirstBank a Modification of Note ("Modification of Note") in which Stanley requested a modification of certain terms, conditions and provision as previously set forth in the Note, which modification include, without limitations, an adjustment to the interest rate due and payable under the Note and an extension of the Maturity date. A true and correct copy of the Modification of Note is attached as **Exhibit 4.**

12. On March 28, 2012, Stanley entered into a Modification Agreement ("First Agreement"), the purpose of which was to: (1) provide a fifteen (15) month moratorium from January 1, 2011 to March 1, 2012, on the payment of principal and interest; (2) decrease the interest rate from 6.3750% to 4.0000% effective April 1, 2012 through March 1, 2014; (3) make payments in the amount of $1,624.99 for twenty-four (24) consecutive months until March 1, 2014; (4) commencing on April 1, 2014 interest rate to return to 6.3750%; and (5) extend the maturity date of the loan to March 1, 2052. The First Agreement was recorded on August 10, 2012, as Document No. 2012005402. A true and correct copy of the First Agreement is attached as **Exhibit 5.**

*FirstBank Puerto Rico v. Joyce T. Stanley a/k/a Joy T. Stanley, et al.*
Case No. ____-CV-____
Complaint
Page 4 of 6

13. On August 6, 2014, Stanley entered into a Mortgage Modification Agreement ("Second Agreement"), the purpose of which was to extend the maturity dated from March 1, 2052 to September 1, 2052. The Second Agreement was recorded on September 9, 2014, as Document No. 2014007397. A true and correct copy of the Second Agreement is attached as **Exhibit 6.**

14. Stanley has failed to, among other things, make the required payments of principal and interest to FirstBank as requested in Note and Modification of Note, First Agreement and Second Agreement and is, therefore, in default under the terms of those documents.

15. FirstBank made a demand upon Stanley pursuant to the terms of the Note, Modification of Note, Mortgage, First Agreement and Second Agreement for payment of the overdue principal, interest, late charges, and property and casualty insurance paid by FirstBank. A true and correct copy of the Demand Letter is attached as **Exhibit 7.**

16. Stanley failed to cure her defaults within the time provided and failed to pay all principal and interest due as demanded and, as a result, FirstBank properly accelerated the loan.

17. Under the terms of the Mortgage, any insurance premiums, taxes, assessments, fees, charges, fines, or impositions paid on behalf of the Property, shall be included in the debt evidenced by the Note, Modification to Note, the First Agreement and Second Agreement and secured by the Mortgage.

18. Additionally, as stated in the Note, Modification to Note and Mortgage, FirstBank is entitled to reasonable costs and expenses incurred by FirstBank in bringing this action including, but not limited to reasonable attorneys' fees.

*FirstBank Puerto Rico v. Joyce T. Stanley a/k/a Joy T. Stanley, et al.*
Case No. ____-CV-____
Complaint
Page 5 of 6

Accordingly, FirstBank respectfully requests:

a. judgment declaring that Stanley has defaulted under the Note, Modification to Note, Mortgage, First Agreement and Second Agreement thereby entitling FirstBank to exercise all of the remedies provided for in those instruments, including without limitation, foreclosure of its lien covering the Property;

b. judgment declaring the amount of the outstanding unpaid obligations under the Note and Modification to Note, First Agreement and Second Agreement, including principal, interest, late charges, costs, expenses, and attorneys' fees;

c. judgment against Stanley, awarding FirstBank all amounts declared due under the Note and Modification to Note, First Agreement and Second Agreement, including pre-judgment interest, costs and attorneys' fees;

d. judgment adjudicating the relative priority of liens covering the Property and declaring that any interest, claims or liens of Sprauve and VIBIR are junior and subject to the lien of FirstBank;

e. judgment foreclosing all liens against the Property and ordering the Property be seized, and that FirstBank be paid from the proceeds of the sale all amounts due on the Note and Modification to Note, First Agreement and Second Agreement, including, but not limited to, any sums that FirstBank may pay for insurance premiums, taxes, fees, and assessments on behalf of the Property, with interest, from the date of payment;

f. judgment declaring that Stanley, Sprauve, VIBIR, and all persons claiming from and under them are barred and forever foreclosed of all right, title, lien, claim and equity of

*FirstBank Puerto Rico v. Joyce T. Stanley a/k/a Joy T. Stanley, et al.*
Case No. ____-CV-____
Complaint
Page 6 of 6

redemption in and to any of the Property, subject only to any applicable statutory right of redemption, except where waived and released;

  g. judgment setting forth all of the terms and conditions of the foreclosure sale and providing that FirstBank may bid in all or a portion of its judgment recovered in this action;

  h. judgment against Stanley for any deficiency that may remain after the sale to the Property;

  i. judgment declaring and enforcing Stanley's obligations under the Note Modification to Note, Mortgage, First Agreement and Second Agreement.

  j. judgment appointing a receiver, if separately requested by FirstBank, to take possession, custody, and control of the Property pending final disposition of this matter, pursuant to the orders of this Court; and

  k. judgment awarding FirstBank such further relief as is just and equitable.

  Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

DATED: May 14, 2024  By: /s/ *Lisa Michelle Kömives*
  Lisa Michelle Kömives
  VI Bar No. 1171
  1000 Frederiksberg Gade
  P.O. Box 756
  St. Thomas, VI 00804-0756
  Telephone: (340) 774-4422
  lkomives@dnfvi.com
  *Attorneys for FirstBank Puerto Rico*