# EXHIBIT 1

JUN-20-2003 05:21 PM

FATIC

10/23/2003 01:27:26 PM
Filed & Recorded in
Official Records of
ST THOMAS/ST JOHN
WILMA O. HART SMITH
RECORDER OF DEEDS

## WARRANTY DEED

THIS INDENTURE made this 11th day of July, 2003 by and between ABDEL SUID and BOUTHYNA SUID hereinafter referred to as "GRANTOR", and JOYCE T. STANLEY, hereinafter referred to as "GRANTEE", whose mailing address is PO Bx. 600172, St. Thomas VI 00801.

WITNESSETH;

That for and in consideration of the payment of the sum of TWO HUNDRED THIRTY FIVE THOUSAND ($235,000.00) DOLLARS, receipt of which is hereby acknowledged;

GRANTOR DOES HEREBY GRANT AND CONVEY unto the Grantee in fee simple absolute, the real property described as follows:

    Parcel 9-3
    Estate Nazareth
    No. 1 Red Hook Qtr.
    St. Thomas Virgin Islands
    as shown on PWD MAP #D9-338-T62
    consisting of .42 acre (+/-)

TO HAVE AND TO HOLD the premises conveyed hereby to Grantee and to Grantee's heirs, legal representatives and assigns, in fee simple absolute forever.

TOGETHER with all the rights, privileges and appurtenances belonging thereunto.

SUBJECT HOWEVER, to Virgin Islands zoning regulations, and to covenants restrictions and easements of record.

Doc# 2003008094

JUN-20-2003 05:27 PM

Doc# 2003008094
Book:
Pages: —
Filed & Recorded
  10/23/2003 01:27:26 PM
WILMA D. HART SMITH
RECORDER OF DEEDS
ST THOMAS/ST JOHN
  RECORDING FEE     $   247.00
  PER PAGE FEE      $     7.00
  DEED DOC STAMP    $ 4,700.00
  PENALTY FEE       $   100.00

PAGE TWO/WARRANTY DEED/TO STANLEY

AND THE GRANTOR COVENANTS AS FOLLOWS:

(1) That the Grantor is seized of said premises in fee simple and has good right to convey the same;

(2) That said premises are free from encumbrances;

(3) That the Grantor will execute or procure any further necessary assurances of title to said premises;

(4) That the Grantor will forever warrant and defend the title to said premises; and

(5) That the Grantee and the Grantee's heirs and assigns will forever quietly enjoy said premises.

IN WITNESS WHEREOF, the Grantor has executed this Deed the day and year first above-written.

_____
ABDEL SUID

_____
BOUTHYNA SUID

WITNESSES(Two Each):
_____
_____

WITNESSES(Two Each):
_____
_____

Doc# 2003008094

JUN-20-2003 05:28 PM                                                            P.03

PAGE THREE/WARRANTY DEED/TO STANLEY

ACKNOWLEDGEMENT

Philipsburg

Sint Maarten

The foregoing instrument was acknowledged before me this 11th day of JULY, 2003 by ABDEL SUID and BOUTHYNA SUID, known to me to be the persons who executed the foregoing instrument.

CIVIL LAW NOTARY
F.E. Gijsbertha
established on Sint Maarten
Netherlands Antilles



APOSTILLE
(Convention de La Haye du 5 octobre 1961)
1. Country: Sint Maarten, Netherlands Antilles
   This public document
2. has been signed by F.E. Gijsbertha
3. acting in the capacity of Civil-Law-Notary, of Sint Maarten
4. bears the seal/stamp of the aforementioned F.E. Gijsbertha

10. Signature:

Doc# 20030008094








Kronprindsens Gade

TRD-E-537

**GOVERNMENT OF
THE VIRGIN ISLANDS OF THE UNITED STATES
CHARLOTTE AMALIE, ST. THOMAS, V.I. 00801**
—0—
**DEPARTMENT OF FINANCE**
TREASURY DIVISION

TO: THE RECORDER OF DEEDS

FROM: THE TREASURY DIVISION

IN ACCORDANCE WITH Title 28, SECTION 121 AS AMEMDED, THIS IS

CERTIFICATION THAT THERE ARE NO REAL PROPERTY TAXES

OUTSTANDING FOR **SUID, ABDEL & BOUTHYNA**
NAZARETH ESTATE 9-3
RED HOOK QTR.
_____ (PARCEL NO.) 1-07803-0114-00

_____).
TAXES RESEARCHED UP TO AND INCLUDING 2002.

RESEARCHED BY: Ira Christopher

TITLE: Enforcement Officer II

DATE: October 22, 2003

VERIFIED BY: Ianthe M. de Alomal

TITLE: Chief, Revenue Collection

DATE: October 22, 2003

COLLECTOR NO. 8501

Doc# 2003008094