# EXHIBIT 4

LOAN NO. 227765

## MODIFICATION OF NOTE

AGREEMENT made as of the 28th day of March, 2012, by and between **JOYCE T. STANLEY**, of St. Thomas, U.S. Virgin Islands, (hereinafter, the "Borrower") and **FIRSTBANK PUERTO RICO**, which is organized and existing under the laws of the Commonwealth of Puerto Rico and having a mailing address of P.O. Box 309600, St. Thomas, U.S. Virgin Islands, 00803-9600 (hereinafter the "Lender").

### WITNESSETH:

WHEREAS, Lender is the owner and holder of a certain Note dated June 2, 2008, executed by the Borrower in the original principal amount of FOUR HUNDRED THOUSAND AND 00/100 DOLLARS (US $400,000.00), [hereinafter, the "**Note**"], which Note is secured by a First Priority Mortgage dated June 2, 2008, made by the Borrower to Lender, in the principal sum of FOUR HUNDRED THOUSAND AND 00/100 DOLLARS (US $400,000.00), and recorded on June 6, 2008, as Document No. 2008005914, at the Office of the Recorder of Deeds for St. Thomas/St. John, U.S. Virgin Islands, [hereinafter, the "**Mortgage**"], and the Mortgage being now a lien upon premises situate on St. Thomas, U.S. Virgin Islands, known and described as:

**PARCEL NO. 9-3 ESTATE NAZARETH**
**NO. 1 RED HOOK QUARTER**
**ST. THOMAS, U.S. VIRGIN ISLANDS**
**AS SHOWN ON PWD NO. D9-338-T62**

WHEREAS, Borrower has requested a modification of certain terms, conditions and provisions as previously set forth in the Note, which modifications include, without limitation, an adjustment to the interest rate due and payable under the Note and an extension of the Maturity Date (defined below).

NOW, THEREFORE, in consideration of $10.00 paid by the Borrower and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Borrower and Lender do together hereby modify the Note so as to provide as follows:

1. Principal Balance Adjustment.

As of January 27, 2012, the principal balance due under the Note is the sum of Three Hundred Eighty Eight Thousand Four Hundred Seventeen and 42/100 Dollars (US $388,417.42). Accrued interest in the sum of Thirty Thousand Nine

Hundred Fifty-two and 05/100 Dollars (US $30,952.05), escrow deficiencies in the sum of Thirteen Thousand Five Hundred Fourteen and 70/100 Dollars (US $13,514.70), late charges in the sum of Three Thousand Nine Hundred Ninety-two and 64/100 Dollars (US $3,992.64), appraisal fees in the sum of Seven Hundred Ninety-five and 00/100 Dollars (US $795.00), and attorneys fees in the sum of One Thousand One Hundred Thirty-eight and 25/100 Dollars (US $1,138.25), are to be added to the principal balance of Three Hundred Eighty Eight Thousand Four Hundred Seventeen and 42/100 Dollars (US $388,417.42), increasing the principal balance to Four Hundred Thirty Eight Thousand Eight Hundred Ten and 06/100 Dollars (US $438,810.06).

2. Moratorium Period.

No payment of Interest or Principal shall be due on the Note for the Borrower's scheduled monthly payments due and owing on January 1, 2011, February 1, 2011, March 1, 2011, April 1, 2011, May 1, 2011, June 1, 2011, July 1, 2011, August 1, 2011, September 1, 2011, October 1, 2011, November 1, 2011, December 1, 2011, January 1, 2012, February 1, 2012 and March 1, 2012 (the "**Moratorium Period**").

3. Interest Rate Adjustment.

(A) Commencing on April 1, 2012 and continuing thereafter on the first (1st) day of each succeeding month until and including March 1, 2014, Borrower will pay interest at a yearly rate of **4.0000%**.

(B) Commencing on April 1, 2014 and continuing thereafter on the first (1st) day of each succeeding month until the Maturity Date (defined below), Borrower will pay interest at a yearly rate of **6.3750%**.

(C) Interest will be charged on unpaid principal until the full amount of principal has been paid.

4. Payments; Maturity Date Extension.

(A) Commencing on April 1, 2012, Borrower will pay principal and interest by making a payment every month at the interest rate set forth in Paragraph 3(A) above, on the first (1st) day of each month beginning on April 1, 2012. Borrower will make these payments of principal and interest for twenty-four (24) consecutive months commencing on April 1, 2012 and ending on March 1, 2014. Borrower's monthly payment of principal and interest for this twenty-four (24) month period will be in the amount of U.S. **$1,624.99**. The amortized payment of principal and interest referenced in the immediately preceding sentence is based on the interest rate set forth in Paragraph 3(A) above and the outstanding principal

2

amount due as described in Paragraph 1 of this Agreement, less the sum of Fifty Thousand and 00/100 Dollars (US $50,000.00), as agreed to by Lender. On March 1, 2014, the sum of Fifty Thousand and 00/100 Dollars (US $50,000.00) shall be reincorporated into the outstanding principal balance and shall be payable in accordance with Paragraph 4(B) below.

(B)  Commencing on April 1, 2014, Borrower will pay principal and interest by making a payment every month at the interest rate set forth in Paragraph 3(B) above, on the first (1st) day of each month beginning on April 1, 2014. Borrower will make monthly payments of principal and interest every month until Borrower has paid all of the principal and all accrued interest and any other charges that are due and owing under the Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **March 1, 2052**, Borrower still owes amounts under the Note, Borrower will pay those amounts in full on that date, which is called the **"Maturity Date."** Borrower's monthly payment of principal and interest for the period commencing on April 1, 2014 and ending on the Maturity Date will be in the amount of U.S. **$2,511.82.**

5.  Miscellaneous.

Except as hereinabove specifically set forth, the Note remains unchanged and shall remain in full force and effect according to the original terms and tenor thereof. Lender's deferment of principal and interest payments during the Moratorium Period or any other period as set forth in this Agreement shall not constitute a release, forgiveness of the debt or a waiver in the future of Borrower's obligation to make payments under the Note as provided therein and herein.

IN WITNESS WHEREOF, the undersigned parties have duly executed this agreement the day and year first above written.

WITNESSES:                                              BORROWER:

_____
Joyce T. Stanley

Susan Bendocus

WITNESSES: Nancy Firestone                              LENDER:

3

FIRSTBANK PUERTO RICO

By: _____
Name: _____
Title: _____ VP

STATE/TERRITORY OF United States Virgin Islands
COUNTY/DISTRICT OF St Thomas + St John

The foregoing instrument was acknowledged before me this 28 day of March, 2012, by Joyce T. Stanley.

_____
Vanessa Bellot

Vanessa Bellot, NOTARY PUBLIC
53-17A Smith Bay
St. Thomas, U.S.V.I. 00802
Commission Expires: JUNE 27, 2012
Commission Number: NP-071-08

Notary Public

TERRITORY OF U.S. VIRGIN ISLANDS    )
DISTRICT OF ST. THOMAS & ST. JOHN    )

The foregoing instrument was acknowledged before me this 28th day of March, 2012, by Dina Perry, as authorized by and in his/her capacity as Vice President of FirstBank Puerto Rico, on behalf of the corporation.

_____
Notary Public

NOTARY PUBLIC
Name Eloise Maynard
My Commission Exp March 2, 2015
NP Commission # NP-011-11
St Thomas USVI District

4