# EXHIBIT 5

```
Doc# 2012005402
# Pages 4
08/10/2012  12:55PM
Official Records of
ST THOMAS/ST JOHN
E. COURTNEY REESE, ESQ.
RECORDER OF DEEDS
Fees $29.00
```

**LOAN NO. 227765**

## MODIFICATION AGREEMENT

THIS MODIFICATION AGREEMENT ("Agreement") is made as of the 28th day of March, 2012, by and between **JOYCE T. STANLEY**, of St. Thomas, U.S. Virgin Islands, (hereinafter, the "Mortgagor") and **FIRSTBANK PUERTO RICO**, which is organized and existing under the laws of the Commonwealth of Puerto Rico and having a mailing address of P.O. Box 309600, St. Thomas, U.S. Virgin Islands, 00803-9600 (hereinafter the "Mortgagee").

WHEREAS, Mortgagee is the owner and holder of a certain Note dated June 2, 2008, executed by the Mortgagor in the original principal amount of FOUR HUNDRED THOUSAND AND 00/100 DOLLARS (US $400,000.00), [hereinafter, the **"Note"**], which Note is secured by a First Priority Mortgage dated June 2, 2008, made by the Mortgagor to Mortgagee in the principal sum of FOUR HUNDRED THOUSAND AND 00/100 DOLLARS (US $400,000.00), and recorded on June 6, 2008, as Document No. 2008005914, at the Office of the Recorder of Deeds for St. Thomas/St. John, U.S. Virgin Islands, [hereinafter, the **"Mortgage"**], and the Mortgage being now a lien upon premises situate on St. Thomas, U.S. Virgin Islands, known and described as:

**PARCEL NO. 9-3 ESTATE NAZARETH**
**NO. 1 RED HOOK QUARTER**
**ST. THOMAS, U.S. VIRGIN ISLANDS**
**AS SHOWN ON PWD NO. D9-338-T62**

WHEREAS, Mortgagor has requested a modification of certain terms, conditions and provisions as set forth in the Note, Mortgage and other loan documents executed by Mortgagor simultaneously therewith (the Note, Mortgage and such other loan documents executed by Mortgagor, as may have been amended or modified from time to time, being collectively referred to herein as the **"Loan Documents"**); and

WHEREAS, as of January 27, 2012, the amount payable under the Note is U.S. $438,810.06, consisting of the unpaid amounts loaned to Mortgagor by Mortgagee plus any interest, charges and other amounts capitalized.

NOW, THEREFORE, in consideration of $10.00 paid and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is agreed as follows:

I.     Moratorium Period.

No payment of Interest or Principal shall be due on the Note for the Mortgagor's scheduled monthly payments due and owing on January 1, 2011, February 1, 2011, March 1,

2011, April 1, 2011, May 1, 2011, June 1, 2011, July 1, 2011, August 1, 2011, September 1, 2011, October 1, 2011, November 1, 2011, December 1, 2011, January 1, 2012, February 1, 2012 and March 1, 2012 (the **"Moratorium Period"**).

    II.    Interest Rate Adjustment.

(A) Commencing on April 1, 2012 and continuing thereafter on the first (1st) day of each succeeding month until and including March 1, 2014, Mortgagor will pay interest at a yearly rate of **4.0000%**.

(B) Commencing on April 1, 2014 and continuing thereafter on the first (1st) day of each succeeding month until the Maturity Date (defined below), Mortgagor will pay interest at a yearly rate of **6.3750%**.

(C) Interest will be charged on unpaid principal until the full amount of principal has been paid.

    III.    Payments; Maturity Date Extension.

(A) Commencing on April 1, 2012, Mortgagor will pay principal and interest by making a payment every month at the interest rate set forth in Article II (A) above, on the first (1st) day of each month beginning on April 1, 2012. Mortgagor will make these payments of principal and interest for twenty-four (24) consecutive months commencing on April 1, 2012 and ending on March 1, 2014. Mortgagor's monthly payment of principal and interest for this twenty-four (24) month period will be in the amount of U.S. **$1,624.99**.

(B) Commencing on April 1, 2014, Mortgagor will pay principal and interest by making a payment every month. Mortgagor will make monthly payments of principal and interest, at the interest rate set forth in Article II (B) above, on the first (1st) day of each month beginning on April 1, 2014. Mortgagor will make these payments of principal and interest every month until Mortgagor has paid all of the principal and all accrued interest and any other charges that are due and owing under the Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **March 1, 2052**, Mortgagor still owes amounts under the Note, Mortgagor will pay those amounts in full on that date, which is called the **"Maturity Date."**

(C) Except as otherwise set forth in Article III (A) above, Mortgagor's monthly payment of principal and interest will be in the amount of U.S. **$2,511.82**.

    IV.    Miscellaneous.

The Mortgage now secures payment by Mortgagor to Mortgagee and all other obligations incurred by Mortgagor in the principal sum of **Four Hundred Thirty Eight Thousand Eight Hundred Ten and 06/100 Dollars (US $438,810.06)**.

2

Nothing in this Agreement shall be understood or construed to be a satisfaction or release, in whole or in part, of the Mortgagor's obligations under the Original Loan Documents.

This Agreement shall be binding upon and inure to the benefit of the respective heirs, executors, administrators, successors and assigns of the parties hereto.

**Except as expressly set forth in and modified by this Agreement, the terms and conditions of the Note, Mortgage and the Loan Documents, as amended, remain unchanged and shall remain in full force and effect according to the original terms and tenor thereof. Mortgagee's deferment of principal and interest payments during the Moratorium Period or any other period as set forth herein shall not constitute a release, forgiveness of the debt or a waiver in the future of Mortgagor's obligation to make payments under the Note as provided therein and herein.**

IN WITNESS WHEREOF, the Mortgagee and the Mortgagor have duly executed this Agreement the day and year first above written.

WITNESSES:                MORTGAGOR:

_____
Joyce T. Stanley

_____
Susan Lovebosus

WITNESSES:                MORTGAGEE:

_____    FIRSTBANK PUERTO RICO

By: _____
Name: _____
Title: _____ VP

STATE/TERRITORY OF United States Virgin Islands
COUNTY/DISTRICT OF St Thomas & St John

The foregoing instrument was acknowledged before me this 28 day of March 2012, by **JOYCE T. STANLEY**.

3

*Vanessa Bellot*
Notary Public

Vanessa Bellot, NOTARY PUBLIC
53-17A South Bay
St. Thomas, U.S.V.I. 00802
Commission Expires: JUNE 27, 2012
Commission Number: NP-071-08

TERRITORY OF U.S. VIRGIN ISLANDS    )
DISTRICT OF ST. THOMAS & ST. JOHN    )

The foregoing instrument was acknowledged before me this 28th day of March, 2012, by Dana Perry, as authorized by and in his/her capacity as Vice President, of FirstBank Puerto Rico, on behalf of the corporation.

Notary Public
Name: Eloise Maynard
My Commission Exp. March 2, 2015
NP Commission # NP-011-11
St. Thomas USVI District

4

Doc# 20120005402