# EXHIBIT 6

Case: 3:24-cv-00030-WAL-GAT   Document #: 1-6   Filed: 05/15/24   Page 1 of 4

```
Doc# 2014007397
# Pages 2
09/16/2014  9:37AM
Official Records of
ST THOMAS/ST JOHN
ERICA DOVER, N.P.A.
RECORDER OF DEEDS
Fees $27.98
```

After Recording Return To:
Dudley, Topper and Feuerzeig, LLP
1000 Frederiksberg Gade
St. Thomas, U.S. Virgin Islands 00802

[Space Above This Line Is For Recording Data]

LOAN NO. 227765

## MORTGAGE MODIFICATION

THIS MORTGAGE MODIFICATION AGREEMENT (herein the "Agreement") with effective date August 6, 2014, is made by and between FIRSTBANK PUERTO RICO, a commercial banking institution which is organized and existing under the laws of the Commonwealth of Puerto Rico and has a mailing address of P.O. Box 309600, St. Thomas, U.S. Virgin Islands 00803 (herein the "Lender"), and JOYCE T. STANLEY of P.O. Box 600172, St. Thomas, VI 00801 (herein the "Borrower").

WHEREAS, Borrower executed and delivered to Lender a certain Note dated June 2, 2008 in the principal amount of FOUR HUNDRED THOUSAND DOLLARS (U.S. $400,000.00), which note was modified by a Modification of Note dated March 28, 2012 and further modified by an Amendment to Note of even date (herein the "Note"). The Note is secured by a MORTGAGE, (herein the "Mortgage") dated June 2, 2008 and recorded June 6, 2008 in the Office of the Recorder of Deeds, Division of St. Thomas and St. John, U.S. Virgin Islands as Document No. 2008005914, as modified by Modification Agreement dated March 28, 2012 and recorded August 10, 2013 as Document No. 2012005402 encumbering real property known and described as:

> PARCEL NO. 9-3 ESTATE NAZARETH
> NO. 1 RED HOOK QUARTER
> ST. THOMAS, U.S. VIRGIN ISLANDS
> AS SHOWN ON PWD NO. D9-338-T62
> (herein the "Property")

WHEREAS, the Borrower has requested that Lender modify the said Mortgage to extend the maturity date from MARCH 1, 2052 to SEPTEMBER 1, 2052, which Lender has agreed to do.

NOW THEREFORE in consideration of the mutual promises and agreements set forth below, and for other good and valuable consideration, the parties agree that the maturity date specified in the Mortgage is hereby extended from MARCH 1, 2052 to SEPTEMBER 1, 2052.

IN ALL OTHER RESPECTS, THE MORTGAGE SHALL REMAIN UNCHANGED AND SHALL REMAIN IN FULL FORCE AND EFFECT.

IN WITNESS WHEREOF, the parties have executed the foregoing instrument on the day indicated in the acknowledgement below.

Doc# 2014007397

Mortgage Modification
FirstBank Puerto Rico
Page 2 of 2

WITNESSES (2 required):                    MORTGAGOR/BORROWER:

_____                  _____
                                           JOYCE T. STANLEY

_____
Esther Thompson

TERRITORY OF THE VIRGIN ISLANDS        )
DISTRICT OF ST. THOMAS AND ST. JOHN    ) SS:

The foregoing instrument was acknowledged before me this 6th day of August, 2014 by JOYCE T. STANLEY.

NOTARY PUBLIC ANDREA RIKER TATE
COMM. EXP: 9-21-2015

WITNESSES (2 required):                    FIRSTBANK PUERTO RICO

_____                  By: _____
                                           Name: Dina Perry
_____                  Title:  Vice President

TERRITORY OF THE VIRGIN ISLANDS        )
DISTRICT OF ST. THOMAS AND ST. JOHN    ) SS:

The foregoing instrument was acknowledged before me this 12th day of August, 2014 by Dina Perry as Vice President of FIRSTBANK PUERTO RICO.

_____
NOTARY PUBLIC

M:\4109\SR\Mortgage Modification.doc

Doc# 201400397

```
                                                       09/16/2014  9:37AM
                                                       Official Records of
                                                       ST THOMAS/ST JOHN
                                                       ERICA DOVER, N.P.A.
                                                       RECORDER OF DEEDS
```

LENDER: FIRSTBANK PUERTO RICO
BORROWER: JOYCE T. STANLEY
PROPERTY ADDRESS: PARCEL NO. 9-3 ESTATE NAZARETH
NO. 1 RED HOOK QUARTER
ST. THOMAS, US VIRGIN ISLANDS

## ERRORS AND OMISSIONS/COMPLIANCE AGREEMENT

TERRITORY OF THE VIRGIN ISLANDS )
DISTRICT OF ST. THOMAS AND ST. JOHN )

The undersigned Borrower(s)/Mortgagor(s) for and in consideration of the above-referenced Lender closing this loan agrees, if requested by Lender or Closing Agent for Lender, to fully cooperate and adjust for clerical errors, any or all loan closing documentation if deemed necessary or desirable in the reasonable discretion of Lender to enable Lender to:

1. Sell, convey, seek guaranty or market the loan to any entity, including but not limited to an investor, Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, Government National Mortgage Association, Federal Housing Authority, or the Department of Veterans Affairs; and

2. Ensure the validity of the promissory note and the Lender's security interest in the real property given as collateral for the loan. These requests may include, but are not limited to: All changes, corrections, re-executions, or modifications of any documents related to such loan, or execution of any additional documents as may be required.

The undersigned will comply with all such requests within thirty (30) days from the date they are made by Lender or its agent. If Borrower(s) fails to meet its obligations hereunder, Borrower agrees to be liable for and to pay or reimburse Lender for all costs including but not limited to, actual expenses, legal fees, court costs, and marketing losses incurred or sustained by Lender to enforce its rights hereunder and caused by such failure.

Dated effective 6th day of Aug., 2014

_Joyce J. Stanley_
Joyce T. Stanley

TERRITORY OF THE VIRGIN ISLANDS )
DISTRICT OF ST. THOMAS AND ST. JOHN ) ss:

On this 6th day of August, 2014, before me, the undersigned officer, personally appeared Joyce T. Stanley, known to me (or proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purpose therein contained.

Notary Public No. 0894
My Commission Expires: 09-21-2015
SANDRA RIKER TATE
COMM. EXP: 09-21-2015