# EXHIBIT 7



Together we are one

March 11, 2024

CERTIFIED MAIL
RETURNED RECEIPT REQUESTED
and REGULAR MAIL

Joyce Stanly
P.O. Box 600172
St. Thomas, VI 00801

Dear Ms. Stanley:

Re:   Loan no: 0000227765

On August 06, 2014 you executed and delivered to 1First Bank (the "Bank") your promissory note in the original face amount of FOUR HUNDRED FIFTY THOUSAND TWO HUNDRED SEVENTY EIGHT 00/100 ($450,278.00) (the "Note"). To secure your obligation to the Bank under the Note you also executed and delivered to the Bank on August 06, 2014, a Mortgage (the "Mortgage") over the following described real property, situated in St. Thomas, Virgin Islands of the United States, to wit:

9-3 Nazareth
St. Thomas, VI  00802

You are in default of your obligations under the Note and Mortgage, including but not limited to your failure to make timely payments of the monthly installment due the Bank for the months of January 1st, 2024 through March 1st, 2024 and failure to reimburse the bank for insurance advances which were made by the Bank as a result of your breach of your obligations to maintain insurance with respect to the above referenced property as required by the mortgage.

In order to cure the defaults described above, you must deliver to the nearest 1First Bank branch the sum of ELEVEN THOUSAND SEVEN HUNDRED NINETY-EIGHT AND 38/100 ($11,798.38) representing principal, interest and late charges due and owing by no later than (30) thirty days from the date of this letter.

P. O. Box 309600
St. Thomas, VI 00803

Telephone: (340) 775-7777

FirstBank Virgin Islands is a Division of FirstBank Puerto Rico

If you have not cured the defaults described above in the manner and by date provided herein, the Bank may at its option declare all sums due pursuant to the Note and secured by the Mortgage immediately due and payable without further demand upon you.

Failure to cure the defaults described above in the manner and by the date provided herein may result in foreclosure of the Mortgage through judicial proceedings and sale of the property.

If the Bank declared all sums secured by the Mortgage immediately due and payable and institutes foreclosure proceeding with respect to the Mortgage, you have the right to assert in the foreclosure proceedings in nonexistence of a default or any other defense you may have to the acceleration and foreclosure.

Not withstanding acceleration by the Bank of the sums secured by the Mortgage you have the right to have any judicial proceedings begun by the Bank to enforce the mortgage discontinued at any time prior to entry of judgment if:

a) You pay the Bank all sums that would then be due under the Mortgage and the Note had no acceleration occurred;

b) You cure all breaches of any other of your covenants or agreements contained in the Mortgage;

c) You pay to the Bank all reasonable expenses incurred by the Bank in enforcing your covenants and agreements contained in the Mortgage and the Bank's remedies as set forth in Paragraph 18 of the Mortgage, including but not limited to reasonable attorney's fees;

d) You take such action as the Bank may reasonably require to assure that the lien of the Mortgage, the Bank's interest in the Property and your obligation to pay the sums secured by the Mortgage continues unimpaired.

You may avoid further costs and inconvenience by immediately curing your defaults in the manner and within the time provided herein.

Thank you for your attention to this matter. If you have any questions, please contact Marcus Reynolds Jr. at 340-775-8527.

Sincerely,

Marcus Reynolds Jr.
Collections Supervisor/ Collections Officer

P. O. Box 309600
St. Thomas, VI 00803

Telephone: (340) 775-7777

FirstBank Virgin Islands is a Division of FirstBank Puerto Rico